**2008–1258.  State v. Henderson.**
Cuyahoga App. No. 89377, 2008-Ohio-1631. On motion for stay of court of appeals' judgment. Motion

denied.

O'CONNOR, J., dissents.